# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 22, 2023

## NO. 03-23-00269-CR

**Guillermo Roberto Morrison, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE COUNTY COURT OF LAMPASAS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed a motion to dismiss his appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.